UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

SAMUEL FIGUEROA, et. al.,

                                                   Plaintiff,

-against-

THE CITY OF NEW YORK, et. al.,

                                                  Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

07-CV-11333 (LAP)

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:        New York, New York
               April 3, 2008

                                             MICHAEL A. CARDOZO
                                             Corporation Counsel of the
                                               City of New York
                                             *Attorney for Defendant City of New York*
                                             100 Church Street
                                             New York, New York 10007
                                             (212) 442-8248

                                   By:          /s/
                                               MARK D. ZUCKERMAN

TO:    Joanne M. Dwyer, Esq.
        *Attorney for Plaintiff*
        225 Broadway, 41st Floor
        New York, New York 10007
        (212) 233-0591