USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
SAMUEL FIGUEROA,

              Plaintiff,        :    07 Civ. 11333 (LAP)

   -v.-                           :    ORDER

CITY OF NEW YORK,

              Defendant.
-------------------------------------x

LORETTA A. PRESKA, U.S.D.J.

Upon request of counsel, the deadline for Defendant to answer or move, as well as the deadline for Plaintiff to serve Jane and John Does, are hereby stayed until further notice.

SO ORDERED:

DATED:    New York, New York
         April 9, 2008

                                                     */s/ Loretta A. Preska*
                                                 LORETTA A. PRESKA, U.S.D.J.