UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Samuel Figueroa,

                Plaintiff,

    -against-

The City of New York, et al.

                Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

07 Civ. 11333 (LAP)

ORDER OF CONFERENCE

LORETTA A. PRESKA, United States District Judge:

It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on April 21, 2008 at 9:30 a.m. for a conference in the above action.

SO ORDERED

April 11, 2008

                                      LORETTA A. PRESKA, U.S.D.J.