JOANNE M. DWYER
ATTORNEY AT LAW
225 BROADWAY, 41st FLOOR
NEW YORK, NEW YORK 10007

TEL: (212) 233-0591

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08
```

April 16, 2008

By Fax: (212) 805-7941

The Hon. Loretta A. Preska
United States District Judge, SDNY
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: Samuel Figueroa v. City of New York, et al. 07 CV 11333 ( LAP)

Your Honor:

I am writing on behalf of the plaintiff in the above-referenced case to respectfully request a brief adjournment of the hearing the Court scheduled for April 21, 2008 as I will be out of the state on that date.

I spoke with Mr. Zuckerman, counsel for defendant, and both he and I will be available at any time on April 23, 2008 or thereafter, except for the morning of April 30, 2008.

Thank you for consideration of this request.

Very truly yours,

Joanne M. Dwyer (JD-9852)
Attorney for Plaintiff Samuel Figueroa

Cc: Mark Zuckerman, Senior Counsel
Fax: 212-788-9776

*The April 21 hearing is adjourned to April 23, 2008 at 11:30 a.m.*

SO ORDERED

Loretta A. Preska
UNITED STATES DISTRICT JUDGE

April 16, 2008