

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | MARK ZUCKERMAN<br>*Senior Counsel*<br>Tel. (212) 442-8248<br>Fax (212) 788-9776<br>mzuckerm@law.nyc.gov |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

April 24, 2008

**VIA FACSIMILE (212) 805-7941**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Samuel Figueroa v. City of New York, et al.*
      07 CV 11333 (LAP)(FM)

Your Honor:

    I represent defendant City of New York in the above referenced matter. I submit this letter in accordance with Your Honor's directive at the scheduled conference of April 23, 2008 that the parties confer and agree on a briefing schedule on the City's motion to dismiss. The parties have agreed that defendant City will serve its moving papers by April 28, 2008, plaintiff will serve responsive papers by May 26, 2008 and the City will file any reply papers by June 10, 2008.

    Thank you for your consideration herein.

SO ORDERED

*/s/ Loretta A. Preska*

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
April 25, 2008

Respectfully submitted,

*/s/ Mark Zuckerman*

Mark Zuckerman
Senior Counsel

cc: Joanne Dwyer, Esq. (via facsimile)