**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SAMUEL FIGUEROA,

                Plaintiff,

   -against-

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

**07 CIVIL** 11333(LAP)

**JUDGMENT**

Defendant City of New York having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Loretta A. Preska, United States District Judge, and the Court, on September 4, 2008, having rendered its Memorandum and Order granting defendant's motion to dismiss, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 4, 2008, defendant's motion to dismiss is granted; accordingly, the case is closed and all pending motions are denied as moot.

**Dated:** New York, New York
        September 8, 2008

                                          **J. MICHAEL McMAHON**
                                            Clerk of Court

                          **BY:**
                                              **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

```
USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/8
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMUEL FIGUEROA,

                Plaintiff,                          07 CIVIL 11333(LAP)

       -against-                                **JUDGMENT**

CITY OF NEW YORK, et al.,
                Defendants.
------------------------------------------------------------X

       Defendant City of New York having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Loretta A. Preska, United States District Judge, and the Court, on September 4, 2008, having rendered its Memorandum and Order granting defendant's motion to dismiss, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 4, 2008, defendant's motion to dismiss is granted; accordingly, the case is closed and all pending motions are denied as moot.

**Dated:**  New York, New York
            September 8, 2008

                                                      **J. MICHAEL McMAHON**
                                                          Clerk of Court

                                  **BY:**         _____
                                                            **Deputy Clerk**

                                          **THIS DOCUMENT WAS ENTERED**
                                          **ON THE DOCKET ON** _____